IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEITH HUTCHINSON,**<br><br>                              Plaintiff,<br><br>           v.<br><br>**MR. ALAMEIDA, et al.,**<br><br>                              Defendants. | 1:02-cv-6215 OWW SMS P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT (Doc. 52.)** |

The Court, having considered Defendants' request for an extension of time to file a motion for summary judgment, and good cause having been found.

IT IS HEREBY ORDERED:  The deadline for both parties to file a dispositive motion is extended to and including June 15, 2006.  No further extensions will be granted but upon a showing of extremely good cause.

IT IS SO ORDERED.

**Dated:   May 15, 2006**                    /s/ Sandra M. Snyder
b6edp0                                       UNITED STATES MAGISTRATE JUDGE