UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HUTCHINSON,<br><br>        Plaintiff,<br><br>vs.<br><br>MR. ALAMIEDA, et al.,<br><br>        Defendants. | 1:02-cv-06215-OWW-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 59)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc. 56)<br><br>**ORDER DISMISSING ACTION** |

    Keith Hutchinson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 20, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 20, 2006, are ADOPTED IN FULL;

2. Defendants' Motion for Summary Judgment, filed June 15, 2006, is GRANTED; and,

3. This action is therefore DISMISSED.

IT IS SO ORDERED.

**Dated:   February 25, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                                 UNITED STATES DISTRICT JUDGE